IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CADENCE BANK,

    Plaintiff,

v.                                        Civil Action No. 3:24cv235

TMI CONSULTING INCORPORATED
dba LOOM TECHNOLOGIES,

    Defendant.

**ORDER**

Having considered CADENCE BANK'S MOTION FOR DEFAULT JUDGMENT (ECF No. 8), and the supporting documentation, and it appearing that the defendant has failed to plead or otherwise defend in this action; and, default having been entered against the defendant on May 15, 2024 (ECF No. 7), it is hereby ORDERED that CADENCE BANK'S MOTION FOR DEFAULT JUDGMENT (ECF No. 8) is granted. It is further ORDERED that:

1. Judgement by default is entered in favor of Cadence Bank against Defendant, TMI Consulting Incorporated dba Loom Technologies, in the total amount of $161,493.72, consisting of:

    a. $150,169.74, as principal and accrued interest, plus other recoverable costs and fees due and owing under the Note as of May 23, 2024;

  b. $3,036.48 in prejudgment interest, consisting of $42.1733687 in *per diem* prejudgment interest accruing each day after May 23, 2024 until August 5, 2024;

  c. $8,287.50, for reasonable attorney fees and expenses incurred by Plaintiff in connection with collecting the indebtedness.[1]

2. The Plaintiff is awarded post-judgment interest on the amount of $161,493.72 at the federal judgment rate of interest of 4.83 percent per annum, until paid and compounding annually per 28 U.S.C. § 1961(b).

It is so ORDERED.

           /s/  *REP*
          Robert E. Payne
          Senior United States District Judge

Richmond, Virginia
Date: August 5, 2024

---

[1] The Motion (ECF No. 8) seeks costs in the amount of $646.10, but that amount is not documented and will not be awarded.